IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Barbara J. Gibbons; Rose L. Durant; and Gladys Durant, | ) ) ) | C/A: 3:11-632-JFA |
| Plaintiffs, | ) ) | ORDER FOR REMAND |
| vs. | ) ) | |
| Anthony Charles Polvino; and Maryellen Polvino-Bodnar, | ) ) ) | |
| Defendants. | ) ) | |

The defendants have filed a motion to remand this action back to state court after it was removed to this court on March 16, 2011. The parties have entered into a stipulation as to value which sets out that the damages the plaintiffs seek for actual and punitive damages total less than $75,000 such that the amount in controversy does not fall within this court's jurisdiction. The parties' stipulation with regard to the amount in controversy has been filed with the court as an exhibit to the defendants' motion to remand.

Based upon a review of the pleadings and, particularly, the parties' stipulation as to the amount of controversy, the motion to remand is granted.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

April 11, 2011
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge